

sential element of materiality beyond a reasonable doubt. A reasonable jury could conclude that a false statement as to the number of guns in a bag had the potential to influence a Federal Air Marshal and the TSA in deciding how and whether to further investigate Rosario and his luggage. As corroborated by testimony at trial, although there is no limit to the number of weapons a passenger may bring aboard, at some point the number could become suspicious and worthy of investigation. Thus, Rosario's false statement was at least capable of influencing a federal government agency. *See id.* at 741–42 (requiring the government to prove only that a false statement is capable of influencing a federal agency, not that it actually influenced the agency). Accordingly, we affirm Rosario's conviction.

**AFFIRMED.**

Before MARTIN, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

Bill L. Barnett, appointed counsel for Terrance Antwan Stevens in this appeal of a sentence imposed for violating the terms of his supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Stevens's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Terrance Antwan STEVENS,**
**Defendant–Appellant.**

No. 12–14485
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 5, 2013.

Ramona Albin, Michael B. Billingsley, Alice H. Martin, Joseph Paul Montminy, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Bill L. Barnett, Bill L. Barnett, Attorney at Law, Oneonta, AL, for Defendant–Appellant.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles W. HUBBARD, a.k.a. C.W.,**
**Defendant–Appellant.**

No. 13–10211
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 5, 2013.

Karin Bethany Hoppmann, Walter Eugene Furr, III, Robert E. O'Neill, Yvette Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.